UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ALONSO SASTOQUE CHAVES,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE,<br>Respondent. | Case No.: 26-cv-5903-RSH-AHG<br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On October 15, 2026, petitioner Edwin Alonso Sastoque Chaves, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Government filed a return on October 21, 2026. ECF No. 4.

Petitioner, a native and citizen of Columbia, unlawfully entered the United States in 2023, and was detained by Immigration and Customs Enforcement. ECF No. 1 at 6. Petitioner alleges that he was paroled into the United States and has since complied with the terms of his parole.[1] *Id.* Petitioner seeks immediate release or a bond hearing. *Id.* at 7.

---

[1] The Government disputes this, arguing that Petitioner has "four missed in-person office visits, four missed biometric check-ins, and three failed virtual home visits." ECF No. 4 at 2.

The Government concedes that Petitioner is detained under 8 U.S.C. § 1226(a) and states that it does not oppose an order directing a bond hearing to be held pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 3.

In light of the Government's non-opposition, the Petition is **GRANTED** as follows. The Government is directed to hold a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Edwin Alonso Sastoque Chaves ***within fourteen (14) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release on the grounds that the Petition does not establish a basis for that relief.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge